THE NATIONAL CONDUIT AND CABLE COMPANY, Respond-
ent, *v.* THE COMMERCIAL UNION ASSURANCE COMPANY,
LIMITED, Appellant.

*National Conduit & Cable Co.* v. *Commercial Union Assur. Co.*,
135 App. Div. 136, affirmed.
(Argued October 18, 1911; decided November 3, 1911.)

APPEAL from a judgment, entered January 25, 1910,
upon an order of the Appellate Division of the Supreme

Court in the first judicial department, which reversed a judgment in favor of defendant entered upon the report of a referee and directed judgment in favor of the plaintiff in an action to recover upon a policy of fire insurance.

*Frederick B. Campbell, John F. Devlin* and *Paul C. Whipp* for appellant.

*Clarence G. Galston* and *Arthur Watson* for respondent.

Judgment affirmed, with costs, on opinion of CLARK, J., below; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER and WILLARD BARTLETT, JJ. Dissenting: HISCOCK, CHASE and COLLIN, JJ.